# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 06-5423**                        **September Term, 2007**

06cv01724

**Filed On:**

Eddie Hatcher,
      Appellant

v.

John E. Potter, Postmaster General,
      Appellee



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED NOV 1 3 2007

CLERK

### O R D E R

      By orders filed April 25, 2007, July 18, 2007 and September 17, 2007, appellant was directed to file his brief and appendix to this court, by October 17, 2007. The orders were sent to appellant by warden letters. To date, appellant has not complied with the court's orders. Upon consideration of the foregoing, it is

      **ORDERED** that this case be dismissed for lack of prosecution. <u>See</u> D.C. Cir. Rule 38.

      The Clerk is directed to issue the mandate in this case 45 days after the date of this order.

**MANDATE**
Pursuant to the provisions of Fed. R. App.Pro.41(a)
ISSUED:
BY:
ATTACHED: ___ Amending Order
                ___ Opinion
                ___ Order on Costs

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: *[signature]*
Elizabeth V. Scott
Deputy Clerk

A True copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk